David Berten (IL Bar # 6200898)
(Member of the N.D. Ca. Bar)
dberten@giplg.com
Global IP Law Group, LLC
55 West Monroe Street Suite 3400
Chicago, IL 60603
T: (312) 241-1500
F: (312) 241-1522

*Attorney for Plaintiff RAH Color Technologies LLC*

James F. Valentine, Bar No. 149269
JValentine@perkinscoie.com
Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Christopher G. Hanewicz (pro hac vice)
CHanewicz@perkinscoie.com
PERKINS COIE LLP
1 East Main Street, Suite 201
Madison, WI 53703
Telephone: 608.663.7460
Facsimile: 608.283.4468

*Attorneys for Adobe, Inc., and Dalim Software GmbH.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**In re: RAH COLOR TECHNOLOGIES LLC PATENT LITIGATION**

This Document Relates to Two Cases:

RAH Color Technologies LLC v. Adobe, Inc., No. 3:18-cv-03277-SI;

RAH Color Technologies LLC v. Dalim Software GmbH, No. 3:19-cv-00518-SI

CASE NO. 3:18-MD-02874-SI

**[~~PROPOSED~~] ORDER ON JOINT STIPULATION OF DISMISSAL**

Judge Susan Illston

**~~PROPOSED~~ ORDER ON JOINT STIPULATION OF DISMISSAL**

This matter has come before the Court on the parties' Joint Stipulation of Dismissal. After full consideration of all the papers and submissions, the Court finds that all claims in the cases of *RAH Color Technologies LLC v. Adobe, Inc.*, No. 3:18-cv-03277-SI and *RAH Color Technologies LLC v. Dalim Software GmbH*, No. 3:19-cv-00518-SI ("Actions") shall be dismissed with prejudice and without fees or costs to any party. Moreover, with dismissal of the Actions, the Court terminates *In re: RAH Color Technologies LLC Patent Litigation*, No. 3:18-MD-02874-SI because no actions remain pending in that multidistrict litigation.

The Stipulation is GRANTED.

IT IS SO ORDERED.

Dated: September 27, 2021

The Honorable Susan Illston
United States District Court